UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARVEY DONLEY,

    Petitioner,

v.                                                   4:20cv56–WS/EMT

MARK INCH,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed December 7, 2021. The magistrate judge recommends that Petitioner's Rule 60(b) motion (ECF No. 17) for relief from judgment be denied. Petitioner has filed no objections to the report and recommendation, despite having been granted an extension of time to do so.

    The court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 18) is

ADOPTED and incorporated into this order by reference.

2. Petitioner's Rule 60(b) motion (ECF No. 17) for relief from judgment is DENIED.

DONE AND ORDERED this __1st__ day of __February__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE